Marc A. Karish
Karish & Bjorgum, PC
119 East Union Street – Suite B
Pasadena, California 91103
Phone: (213) 785-8070
Fax: (213) 995-5010
marc.karish@kb-ip.com

Howard L. Wernow (*pro hac vice*)
Sand, Sebolt & Wernow LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: (330) 244-1174
Fax: (330) 244-1173
Howard.Wernow@sswip.com

Attorneys for Plaintiff Symbology Innovations, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FABLETICS, LLC,<br><br>Defendant. | Case No. 2:20-cv-03736-CJC-PJW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a), Plaintiff Symbology Innovations, LLC voluntarily dismisses this action against Fabletics, LLC with prejudice. Each party shall bear its own costs, expenses and attorneys' fees. Because Defendant Fabletics, LLC has not served an answer or a motion for summary judgment in this matter, Plaintiff's complaint against it can be dismissed without a court order.

Dated: July 28, 2020        KARISH & BJORGUM, PC

By:    */s/ Marc A. Karish*
       Marc A. Karish

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow (*Pro hac vice*)

Attorneys for Plaintiff Symbology Innovations, LLC

**PROOF OF SERVICE**

**SYMBOLOGY INNOVATIONS, LLC. v. FABLETICS, LLC**
**Case No. 2:20-cv-03736-CJC-PJW**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 119 E. Union Street, Pasadena, California 91103.

On July 28, 2020, I served true copies of the following document(s) described as

NOTICE OF DISMISSAL WITH PREJUDICE; and

on the interested parties in this action as follows:

Laura Pedersen (State Bar No. 313570)
lpedersen@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Attorneys for Defendant Fabletics, LLC

**BY EMAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address holly.newsome@kb-ip.com to the above-mentioned attorneys of record. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2020, at Burbank, California.

*/s/ Shaholonie Newsome*
Shaholonie Newsome